**FILED**
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI - EDINBURG

**6/2/15**

**CECILE FOY GSANGER, CLERK**
**BY DTello**

RECEIVED

~~FILED IN~~
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS

6/2/2015 5:57:40 PM

DORIAN E. RAMIREZ
Clerk

# EXHIBIT 2

Cause No. 12-CR-2436-E

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| VS. | § | NUECES COUNTY, TEXAS |
| TRINITY RINGELSTEIN | § | 148TH JUDICIAL DISTRICT |

## MOTION FOR ABATEMENT

Now comes the State, by and through her District Attorney, and asks this Honorable Court to continue this cause. In support of this Motion, the State would show as follows:

1. This case is set for trial on February 9, 2015 on Counts 2 and 3.

2. The defendant is in jail and scheduled to be shipped to the Institutional Division of the Texas Department of Criminal Justice.

3. The defendant was convicted of Count 1 on October 31, 2014 and the above cause is on appeal.

4. The Court Denied the Motion for New Trial on January 14, 2015.

5. The defense has timely filed an appeal in the above cause.

Under Article 1.10 of the Texas Code of Criminal Procedure, "No person for the same offense shall be twice put in Jeopardy of life or liberty, nor shall a person be again put upon trial for the same offense...." In *Benton v. Maryland*, 395 U.S. 784 (1969), the Court held the State may not prosecute the defendant for the same offense after conviction. The Court in *Blockbustion v. U.S* 284 U.S.299 (1932) applied the "same elements test" in determining whether the defendant can be tried twice. In the above cause there is no question that counts two and three are for the same offense for which the defendant was convicted under Count one for Capital Murder and therefore it would be double jeopardy to put the defendant to trial until his appeal is completed.

WHEREFORE, PREMISES CONSIDERED, the State prays that this Honorable

Court grant this motion for abatement pending the resolution of the appeal.

Respectfully Submitted,

_____
Retha Cable
Assistant District Attorney
SBN 00785741

## CERTIFICATE OF SERVICE

I, Retha Cable, hereby certify that I faxed delivered a copy of the State's Motion for Abatement has been faxed/mailed to Terry Shamsie and Cynthia Orr.

_____
Retha Cable

## VERIFICATION

STATE OF TEXAS §

COUNTY OF NUECES §

Before me, the undersigned notary, on this day, personally appeared Retha Cable, a person whose identity is known to me. After I administered an oath to her, upon her oath, she said she read the Motion for Continuance and the facts stated in it are within her personal knowledge and are true and correct.

Retha Cable

SWORN TO AND SUBSCRIBED before me by Retha Cable on the _21_ day of _January_, 20_15_.

EVANGELINA G. SANCHEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-09-2016

Notary Public in and for
The State of Texas

My commission expires:

Cause No. 12-CR-2436-E

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| VS. | § | NUECES COUNTY, TEXAS |
| TRINITY RINGELSTEIN | § | 148TH JUDICIAL DISTRICT |

## ORDER

The Court, having this day considered this State's Motion to Abatement is of the opinion that said motion is well taken and ought to be, and hereby is,

GRANTED.

DENIED.

Date:_____

_____
Judge Presiding

Cause No. 12-CR-2436-E

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| VS. | § | NUECES COUNTY, TEXAS |
| TRINITY RINGELSTEIN | § | 148TH JUDICIAL DISTRICT |

## ORDER

The Court, having this day considered this State's Motion to Abatement, is of the opinion that said motion is well taken and ought to be, and hereby is,

GRANTED, and the case is removed from the trial docket of February 9, 2015 and from any future trial dockets pending the appeal in the above cause.

Date: 2-5-15

_____
Judge Jack Hunter,
Judge Presiding